■ TERESA E. DAVID, Appellant, v PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.—Order unanimously affirmed without costs (see, Borchardt v New York Life Ins. Co., 102 AD2d 465, affd 63 NY2d 1000, rearg denied 64 NY2d 776; see also, Vander Veer v Continental Cas. Co., 34 NY2d 50). (Appeal from order of Supreme Court, Monroe County, Patlow, J.—summary judgment.) Present—Callahan, J. P., Doerr, Green, Pine and Lawton, JJ.